April 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

STEWART AUTOMOTIVE RESEARCH, LLC, Appellant

NO. 14-14-00199-CV                    V.

ERIK NOLTE, BRIAN KIRK, SIMON OGIER, AND JOHN TOLLE, Appellees

_____

This cause, an appeal from the order in favor of appellees, Erik Nolte, Brian Kirk, Simon Ogier, and John Tolle, signed February 7, 2014, was heard on the transcript of the record. We have inspected the record and find error because appellees were not entitled to recover attorneys' fees. We therefore **REVERSE** the order of the court below and **RENDER** judgment that appellees take nothing.

We further order that all costs incurred by reason of this appeal be paid by appellees, Erik Nolte, Brian Kirk, Simon Ogier, and John Tolle.

We further order this decision certified below for observance.